**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                     Case Number:

Julia White
    v.

Anthology, Inc.

**FILED**
**MARCH 7, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

**08 C 1371**

| NAME (Type or print) |
| --- |
| Alejandro Caffarelli |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Alejandro Caffarelli |
| FIRM |
| Caffarelli & Siegel Ltd. |
| STREET ADDRESS |
| Two Prudential Plaza, 180 N. Stetson Ave., Ste. 3150 |
| CITY/STATE/ZIP |
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 06239078 | (312) 540-1230 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

**JUDGE KENNELLY**
**MAGISTRATE JUDGE MASON**