AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Julia White

V.

Anthology, Inc.

CASE NUMBER: **08 C 1371**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE KENNELLY
MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)

Anthology, Inc.
c/o C T Corporation System - Registered Agent
208 S LaSalle Street, Ste.814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alejandro Caffarelli
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 N. Stetson Ave., Ste. 3150
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Esperanza Arnold*
--------------------------
**(By) DEPUTY CLERK**



March 7, 2008
--------------------------
Date

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Julia White | |
| vs. Anthology | Case Number   08 C 1371 |

## AFFIDAVIT OF SERVICE

I, Kevin Del Re, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 12 day of March, 2008, at 11:10 AM at 208 South LaSalle Street Suite 814, Chicago, IL 60604, did serve the following document(s):

**Summons and Complaint**

Upon:   **Anthology, Inc. c/o CT Corporation**

By:   ☑ Personally serving to:   Dawn Schulz, Process Clerk

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 208 South LaSalle Street Suite 814, Chicago, IL 60604 on

| Description: Sex | **Female** | Race | **White** | Approximate Age | **50** |
|---|---|---|---|---|---|
| Height | **5'4** | Weight | **200** | Hair Color | **Brown** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

Kevin Del Re
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL  60601
IL License #117-001101