UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JULIA WHITE,

    Plaintiff,

v.

ANTHOLOGY, INC.,

    Defendant.

Case No. 08-C-1371
Judge Kennelly
Magistrate Judge Mason

Plaintiff Demands
Trial by Jury

**NOTICE OF FILING
OF AFFIDAVIT OF SERVICE**

    **PLEASE TAKE NOTICE** that on April 3, 2008, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Affidavit of Service of Court Order Entered 03/24/2008, a copy of which is attached and hereby served upon you.

Dated: April 3, 2008

Alejandro Caffarelli, #06239078
Bradley Manewith, #06280535
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 North Stetson Ste. 3150
Chicago, IL  60601
Tel. (312) 540-1230
Fax (312) 540-1231
Email  info@caffarelli.com
Web  www.caffarelli.com

Respectfully submitted,

JULIA WHITE

By: /s/ Alejandro Caffarelli
    Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

Julia White

vs.   Anthology, Inc.

Case Number   08 C 1371

### AFFIDAVIT OF SERVICE

I, Mark Skrzydlak, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 26 day of March, 2008, at 01:20 PM at 208 S. LaSalle St. #814, Chicago, IL 60604, did serve the following document(s):

**Court Order entered 3/24/08 (See attached)**

Upon:   **Anthology. Inc.**

By:   ☑ Personally serving to:   Dawn Schulz_Process Clerk

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 208 S. LaSalle St. #814, Chicago, IL 60604 on

| Description: | Sex | **Female** | Race | **White** | Approximate Age | **45** |
|---|---|---|---|---|---|---|
| | Height | **5'4** | Weight | **200** | Hair Color | **Brown** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

_____
Mark Skrzydlak
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
IL License #117-001101

Order Form (01/2005)   Case 1:08-cv-01371   Document 8   Filed 03/24/2008   Page 1 of 1

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1371 | **DATE** | 3/24/2008 |
| **CASE TITLE** | Julia White vs. Anthology, Inc. c/o CT Corp | | |

**DOCKET ENTRY TEXT**

Status hearing set to 9:00 a.m. on **May 6, 2008** before Judge Kennelly, in Chambers, Room 2188. Parties are to review and comply with Judge Kennelly's standing initial order, which may be found on his web page, located http://www.ilnd.uscourt.gov at http://www.ilnd.uscourts.gov/JUDGE/KENNELLY/mfkpage.htm. Counsel for plaintiff (s) are ordered to cause a copy of this order to be delivered forthwith to each defendant in the same manner that summons has been or is being served on each defendant.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DS |
|---|---|---|

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a copy of the attached, Affidavit of Service of Court Order Entered 03/24/2008, to be served upon the parties listed below via the electronic filing system of the United States District Court for the Northern District of Illinois on April 3, 2008.

Michael G. Cleveland
Vedder Price P.C.
222 N. LaSalle Street
Chicago, IL 60601

                                                  /s/ Alejandro Caffarelli
                                                  Alejandro Caffarelli
                                                  Caffarelli & Siegel Ltd.
                                                  Two Prudential Plaza
                                                  180 N. Stetson, Suite 3150
                                                  Chicago, IL 60601