**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                           Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>     s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL        APPOINTED COUNSEL |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIA WHITE,<br><br>        Plaintiff,<br><br>v.<br><br>ANTHOLOGY, INC.,<br><br>        Defendant. | No. 08 CV 01371<br><br>Judge Kennelly<br><br>Magistrate Judge Mason |

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused copies of the foregoing APPEARANCE to be served upon:

Alejandro Caffarelli
Bradley S. Manewith
Caffarelli & Siegel, Ltd.
Two Prudential Plaza
180 N. Stetson, #3150
Chicago, Illinois  60601

by electronic means on April 4, 2008.

                                                  s/ Mark L. Stolzenburg

                                                  Mark L. Stolzenburg

Michael G. Cleveland, Bar No. 00460915
Mark L. Stolzenburg
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601-1003
(312) 609-7500
Dated:  April 4, 2008

CHICAGO/#1770100.1 4/4/08