IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIA WHITE, <br><br> Plaintiff, <br><br> v. <br><br> ANTHOLOGY, INC., <br><br> Defendant. | No. 08 C 1371 <br><br> Judge Kennelly <br> Magistrate Judge Mason |

### NOTICE OF MOTION

PLEASE TAKE NOTICE, that on Tuesday, June 10, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Matthew F. Kennelly, or any Judge sitting in his stead, at 219 South Dearborn Street, Room 2103, Chicago, Illinois, and then and there present the attached **MOTION FOR ENTRY OF AN AGREED PROTECTIVE ORDER**.

Respectfully submitted,

ANTHOLOGY, INC.

By: s/ Michael G. Cleveland
     One of Its Attorneys

Michael G. Cleveland, Bar No. 00460915
Mark L. Stolzenburg
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601-1003
(312) 609-7500

Dated: June 4, 2008

**CERTIFICATE OF SERVICE**

The undersigned certifies that he caused copies of the foregoing NOTICE OF MOTION to be served upon:

Alejandro Caffarelli
Bradley Manewith
Caffarelli & Siegel, Ltd.
Two Prudential Plaza
180 North Stetson, Suite 3150
Chicago, Illinois  60601

by electronic means on June 4, 2008.

        Michael G. Cleveland
        _____
        Michael G. Cleveland