# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1371 | **DATE** | 6/10/2008 |
| **CASE TITLE** | White vs. Anthology, Inc. | | |

**DOCKET ENTRY TEXT**

Defendant's motion for entry of agreed protective order is granted, provided that paragraph 5 of the proposed draft order is to be amended to include provisions stating that if the Court permits under-seal filing of part of a submission, a public-record version is to be filed contemporaneously with the sealed version, and a copy of the complete, unredacted version of any such submission is to be submitted to chambers at the time of filing. Defendant is directed to submit an electronic version of the conformed order, following the directions on Judge Kennelly's web page.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|